UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN LIZARDO PUMA CAPITO<br>Plaintiff(s),<br><br>v.<br><br>DAVID WESLING, ANTONE MONIZ, TODD LYONS, and KRISTI NOEM<br>Defendant(s). | Civil Action No. 26-10576-JEK |

## **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated February 13, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Juan Lizardo Puma Capito.

Dated: February 24, 2026

/s/ Haley Currie

Deputy Clerk